IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-02306-ZLW-BNB

PATRICIA A. MAXON,

    Plaintiff,

v.

U.S. BANCORP, a Delaware corporation,

    Defendant.
_____

ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice in accordance with the parties' Settlement Agreement.

    DATED at Denver, Colorado, this   7   day of November, 2007.

                                                BY THE COURT:

                                                _____
                                                ZITA L. WEINSHIENK, Senior Judge
                                                United States District Court